1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eugenia Derden, ) | No. CV-08-0265-PHX-LOA |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| vs. ) | |
| Breuners Arizona, ) | |
| Defendant. ) | |

This matter arises on the Court's review of the file. On February 11, 2008, Plaintiff filed a *pro se* Complaint. (docket #1) On February 14, 2008, the Court issued a Notice of Assignment and Order. (docket #4) The Court's Notice of Assignment and Order ordered, among other things, "that counsel and any party, if unrepresented, shall hereinafter comply with the Rules of Practice for the United States District Court for the District of Arizona, as amended on December 1, 2007. The District's Rules of Practice may be found on the District Court's internet web page at www.azd.uscourts.gov/.  All other rules may be found at www.uscourts.gov/rules/.  The fact that a party is acting pro se does not discharge this party's duties to 'abide by the rules of the court in which he litigates.' *Carter v. Commissioner of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986)."

Shortly thereafter, Plaintiff expressly consented in writing to magistrate judge jurisdiction pursuant to Title 28 U.S.C. § 636(c)(1). (docket #5)

On February 22, 2008, the Court issued an Order that Plaintiff's Complaint, docket #1, be dismissed without prejudice for lack of subject matter jurisdiction. The

1  Court further ordered that Plaintiff has until and including Friday, March 7, 2008 to file
2  an Amended Complaint. (docket #6)
3        Thereafter, on March 3, 2008, the Court received returned mail addressed to
4  Plaintiff marked "return to sender/insufficient address/unable to forward."  No alternate
5  address for Plaintiff was found.  (document #7).  Plaintiff has violated the Court's Orders
6  by failing to advise the Court of her new address in violation of LRCiv 83.3(d).  In view
7  of Plaintiff's failure to comply with court orders, the Court will order Plaintiff to show
8  cause on or before **March 21, 2008** why her action should not be dismissed with out
9  prejudice for failure to comply with Court orders.  Fed. R. Civ. P. 41(b).
10        Accordingly,
11      **IT IS HEREBY ORDERED** that on or before **March 21, 2008** Plaintiff
12  shall show cause why this matter should not be dismissed without prejudice for failure to
13  comply with Court orders pursuant to Fed.R.Civ.P.41(b).
14      **IT IS FURTHER ORDERED** extending the time within which Plaintiff
15  may file an Amended Complaint to **March 21, 2008**.
16        DATED this 6th day of March, 2008.

Lawrence O. Anderson
United States Magistrate Judge