**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Eugenia Derden, | ) | No. CV-08-0265-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Breuners Arizona, | ) | |
| Defendant. | ) | |

Due to Plaintiff's failure to comply with the Court's Order to Show Cause issued March 6, 2008, docket #8

**IT IS ORDERED affirming** the Court's Order issued February 22, 2008, docket #6, **dismissing** Plaintiff's Complaint without prejudice for lack of subject matter jurisdiction.

DATED this 27th day of February, 2008.

Lawrence O. Anderson
United States Magistrate Judge